JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RODRIGUEZ AND DIANE GALLEGOS,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMIE RODRIGUEZ aka JAMIE DEDEAUX, LOUIS P. DEDEAUX, THE CITY OF WHITTIER, WHITTIER POLICE DEPARTMENT, WHITTIER POLICE CHIEF DAVID M. SINGER, JAY TAPMAN, SAM REED, COUNTY OF LOS ANGELES, LOS ANGELES COUNT<br><br>Defendants. | CASE NO. CV 07-02143 MMM (SHx)<br><br>JUDGMENT FOR DEFENDANTS |

On May 29, 2007, the court granted the motion of defendants Jamie Dedeaux Rodriguez and Louis P. Dedeaux to dismiss plaintiffs' complaint with prejudice. On September 18, 2008, the court granted the motion of defendants City of Whittier and Whittier Police Department to dismiss plaintiffs' third amended complaint with prejudice. There being no indication that the remaining defendants have been served, and the 120-day period of Rule 4(m) having run,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs take nothing by way of their complaint against defendants Jamie

1 | Dedeaux Rodriguez, Louis P. Dedeaux, the City of Whittier and the Whittier Police
2 | Department;
3 | 2. That plaintiffs' claims against the remaining defendants be dismissed without prejudice;
4 | and
5 | 3. That the action be, and it hereby is, dismissed.

7 | DATED: September 15, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE